# United States Court of Appeals
# for the Federal Circuit

_____

March 11, 2013

## ERRATA

_____

Appeal No. 2011-1009

## SOVERAIN SOFTWARE LLC

### v.

## NEWEGG INC.

Decided:  January 22, 2013
Precedential Opinion

_____

Please make the following edits:

Page 17, lines 32-33: delete ", shown with claims 1 and 60 from which claim 61 depends".

Pages 18-19, delete lines 18:7 through 19:3.